**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | |
|---|---|
| TERRELL TAYLOR, )<br>)<br>Movant, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | No. 1:19-CV-0009 RLW |

## MEMORANDUM AND ORDER

This matter is before the Court on movant's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. Movant seeks relief from the judgment in *United States v. Taylor*, No. 1:17CR0090 RLW (E.D. Mo.). However, movant has not yet been sentenced in his criminal action. Movant entered a guilty plea to three counts of a three count indictment: felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(a)(2); possession with intent to distribute marijuana in violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. 841(b)(1)(D); and possession of a firearm in furtherance of a drug trafficking crime in violation of 18 U.S.C. § 924(c)(1)(A).

Because movant has not yet been sentenced, movant's § 2255 motion has been prematurely filed. As a result, the Court will dismiss this action without prejudice to refiling after the criminal judgment becomes final.

Accordingly,

**IT IS HEREBY ORDERED** that movant's motion to vacate, set aside, or correct

sentence pursuant to 28 U.S.C. § 2255 is **DISMISSED** without prejudice.

An Order of Dismissal will accompany this Order.

Dated this 12th day of February, 2019.

_Ronnie L. White_
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE